UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ELIJAH LEE MILLER, | No. 2:21-cv-1159 KJM DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATIONS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff alleges prison officials failed to grant her request for gender confirmation surgery. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 20, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2021 (ECF No. 12) are adopted in full;

2. This action is dismissed without prejudice for failure to exhaust administrative remedies; and

3. The clerk of court is directed to close this case.

DATED: January 3, 2022.

CHIEF UNITED STATES DISTRICT JUDGE